[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
SEPTEMBER 29, 2011
JOHN LEY
CLERK

No. 11-11543
Non-Argument Calendar

_____

D.C. Docket No. 1:10-cr-00204-CG-C-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ANTONIO SEBASTIAN-ANTONIO,
a.k.a. Antonio Alberto Sebastian,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Alabama

_____

(September 29, 2011)

Before TJOFLAT, WILSON and BLACK, Circuit Judges.

PER CURIAM:

Elsie Mae Miller, appointed counsel for Antonio Sebastian-Antonio in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Sebastian-Antonio's conviction and sentence are **AFFIRMED.**